

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re ) Case No. 05-37077-C-7
)
MAGED SOLIMAN, ) MC No. JMP-1
)
)
Debtor. )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014. Evidence was taken pursuant to Federal Rule of Civil Procedure 43(e), as incorporated by Federal Rule of Bankruptcy Procedure 9017 and as invoked by Local Bankruptcy Rule 9014(e).

### Jurisdiction

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(G).



## Findings of Fact

Debtor filed his voluntary chapter 7 petition on October 14, 2005. He scheduled real property commonly known as 436 Black Oak Way, Lodi, California ("property") as property of the estate. The first meeting of creditors was held on January 3, 2006. Debtor indicated on his Statement of Intention that he intends to surrender the property. The chapter 7 trustee filed a report finding that there is property available for distribution from the estate over and above that exempted by the debtor.

On July 14, 2006, HomEq Servicing Corporation ("movant") filed a motion, notice, and declaration requesting that this court vacate the automatic stay to permit movant to foreclose upon the property. The fair market value of the property is approximately $400,000. Movant has a lien on the property in the approximate amount of $323,401.02. There is no evidence of any other liens against the property.

A hearing was held on August 8, 2006. At the hearing, movant was informed that no service had been made on the chapter 7 trustee's attorney. The hearing was continued to August 22, 2006, so that proper service could be made. On August 9, 2006, the chapter 7 trustee filed a statement of non-opposition to the motion. Upon review of the record, the court determined that the written record was adequate and that no oral argument is necessary.

## Conclusions of Law

The automatic stay of acts against debtors *in personam*

and of acts against property other than property of the estate continues until the earliest of the time when the bankruptcy case is closed, dismissed, or an individual in a chapter 7 case is granted a discharge. 11 U.S.C. § 362(c). The automatic stay may be terminated earlier if debtors fail to protect the secured party's interest adequately, § 362(d)(1), and, with respect to a stay of an act against property, debtors do not have equity in the property, § 362(d)(2)(A), and the property is not necessary to an effective reorganization. 11 U.S.C. § 362(d)(2)(B). The issue of whether the property is necessary to an effective reorganization is not considered in a chapter 7 case because no reorganization is contemplated in a chapter 7 case.

Although the debtor appears to have equity in the property, he indicated his intent to surrender the property and did not oppose the motion. Thus, the motion will be granted as against the debtor.

Further, because the chapter 7 trustee filed a statement of non-opposition to the motion, the motion will also be granted as to the trustee.

An appropriate order will issue.

Dated: August 28, 2006

_____
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Maged Soliman
235 Cascade Falls Drive
Folsom, CA 95630

Louis Perkins
3353 Bradshaw Road #232
Sacramento, CA 95827

Susan K. Smith
7485 Rush River Drive #710-PMB 218
Sacramento, CA 95831

J. Russell Cunningham
1830 15th Street
Sacramento, CA 95814

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA 95814

JaVonne Phillips
Jenny Judith Ha
McCarthy & Holthus, LLP
1770 Fourth Ave.
San Diego, CA 92101

Dated: 8-29-06

_____
Sabine Beyer
Deputy Clerk